# Court of Appeals
# of the State of Georgia

ATLANTA,  May 11, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1270. JEFFERY J. SAMUELS v. THE STATE.

After entering guilty pleas in 2021 to possession of marijuana with intent to distribute and other crimes, Jeffery J. Samuels filed a motion for leave to file an out-of-time appeal in March 2022. The trial court dismissed the motion for lack of jurisdiction, and Samuels filed this appeal.

In *Cook v. State*, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022). Samuels, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, ___ Ga. ___, ___ (Case No. S21A1036, decided March 15, 2022).

Thus, the trial court correctly determined that it did not have jurisdiction to consider Samuels's motion for leave to file an out-of-time appeal, and the court's order dismissing the motion does not present a cognizable basis for an appeal. See *Henderson v. State*, 303 Ga. 241, 244 (2) (811 SE2d 388) (2018); *Brooks v. State*, 301

Ga. 748, 752 (2) (804 SE2d 1) (2017). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, ___05/11/2022___*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*